# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LESTER L. WEISS & BEVERLY J. WEISS  Case Number: 05-74656
507 S. MEMORIAL AVENUE  SSN-xxx-xx-2806 & xxx-xx-5547
ROCKFORD, IL  61102

Case filed on: 9/8/2005
Plan Confirmed on: 11/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $6,840.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 203 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | LESTER L. WEISS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ALPINE BANK & TRUST CO | 2,000.00 | 2,000.00 | 2,000.00 | 272.81 |
| 003 | GMAC MORTGAGE | 40,880.75 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 42,880.75 | 2,000.00 | 2,000.00 | 272.81 |
| 001 | ALPINE BANK & TRUST CO | 1,055.52 | 1,055.52 | 86.64 | 0.00 |
| 002 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 965.12 | 965.12 | 79.20 | 0.00 |
| 005 | BP OIL CREDIT CARD CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CLEAR CHECK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CLIENT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | IC SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 933.33 | 933.33 | 76.60 | 0.00 |
| 010 | CREDITORS BANKRUPTCY SERVICE | 434.93 | 434.93 | 35.69 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 1,052.10 | 1,052.10 | 86.33 | 0.00 |
| 012 | LTD FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 1,085.96 | 1,085.96 | 89.12 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 929.19 | 929.19 | 76.25 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 534.89 | 534.89 | 43.89 | 0.00 |
| 016 | LVNV FUNDING LLC | 636.04 | 636.04 | 52.19 | 0.00 |
| 017 | LVNV FUNDING LLC | 3,514.51 | 3,514.51 | 288.41 | 0.00 |
| 018 | LVNV FUNDING LLC | 862.42 | 862.42 | 70.77 | 0.00 |
| 019 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 121.25 | 121.25 | 9.95 | 0.00 |
| 020 | HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | UNITED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | WELLS FARGO FINANCIAL | 901.93 | 901.93 | 74.01 | 0.00 |
| 023 | ROUNDUP FUNDING LLC | 602.28 | 602.28 | 49.42 | 0.00 |
| 024 | ECAST SETTLEMENT CORPORATION | 701.73 | 701.73 | 57.58 | 0.00 |
| 025 | LVNV FUNDING LLC | 1,079.40 | 1,079.40 | 88.58 | 0.00 |
|  | Total Unsecured | 15,410.60 | 15,410.60 | 1,264.63 | 0.00 |
|  | Grand Total: | 61,155.35 | 20,274.60 | 6,128.63 | 272.81 |

Total Paid Claimant:       $6,401.44
Trustee Allowance:          $438.56
Percent Paid Unsecured:         8.21

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008                By  /s/Heather M. Fagan